IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:12cr92 (5)

EDWARD T. RIMI,

    JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, BUT DECLINING TO REVOKE SAME; DEFENDANT CONTINUED ON SUPERVISED RELEASE, WITH CERTAIN MODIFICATIONS SET FORTH; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD BY DEFENDANT; TERMINATION ENTRY

---

On February 12, 2018, the Defendant appeared in open Court, admitted to the two violations alleged against him in an Amended Petition directing him to show cause why his supervised release, a status that began February 12, 2016, should not be revoked. Following Defendant's admissions to the two violations, he was found in violation of his supervised release.

Pursuant to the record made in open Court on the aforesaid February 12, 2018, although the Court found the Defendant in violation of his supervised release, it declined to revoke him. Rather, the Court continued the Defendant on his supervised release, subject to the following modifications of supervision:

1. Defendant will reside in the Montgomery County Jail until February 20, 2018, the date upon which bed space is available in the Nova House dual diagnosis facility;

2. Defendant will follow any and all recommendations of Nova House for outpatient follow-up to his residential stay;

3. Defendant is to comply with the medication regimen as determined by the physicians and personnel at Nova House;

4. Defendant is to cooperate with the probation officer to verify that prescribed medication is being taken;

5. Defendant is to drink no alcohol;

6. Defendant is to submit to breathalyzer testing, to include Sober Link at the direction of the probation officer;

7. Defendant is to complete 100 hours of community service, as previously ordered;

8. Defendant is to complete all undischarged portions of supervised release; and

9. Defendant is to have no contact with the female party mentioned in the violation report.

Following the above, the Defendant was orally explained his right of appeal and he indicated an understanding of same.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

February 15, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Laura Sebulsky, USPO
United States Marshals